MICHELE BECKWITH
Acting United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00265-KES-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ALEX MOYANO MORALES ET AL, | DATE: May 28, 2025 TIME: 1:00 p.m. |
| Defendants. | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1.    By previous order, this matter was set for status on May 28, 2025.

2.    By this stipulation, defendants now move to continue the status conference until August 27, 2025, and to exclude time between May 28, 2025, and August 27, 2025.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case includes over 100,000 bates stamp pages including investigative reports, audio and video recordings, cell phone extractions, and financial records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Supplemental discovery has been produced on a rolling basis and will continue to be produced as it is received from the law enforcement agency.

b)    Counsel for defendants desire additional time to review the discovery, investigate,

discuss potential resolution of the case, and prepare for a potential trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 28, 2025 to August 27, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  May 20, 2025                              MICHELE BECKWITH
                                                 Acting United States Attorney


                                                 /s/ JUSTIN J. GILIO
                                                 JUSTIN J. GILIO
                                                 Assistant United States Attorney


Dated:  May 20, 2025                              /s/ John Garland
                                                 John Garland
                                                 Counsel for Defendant
                                                 Alex Moyano Morales

Dated:  May 20, 2025                     /s/ Laura Myers
                                         Laura Myers
                                         Counsel for Defendant
                                         Maite Celis Silva


Dated:  May 20, 2025                     /s/ Kevin Rooney
                                         Kevin Rooney
                                         Counsel for Defendant
                                         Erik Osorio Olivarez


Dated:  May 20, 2025                     /s/ David A. Torres
                                         David A. Torres
                                         Counsel for Defendant
                                         Sergio Eduardo Aravena Maurida


Dated:  May 20, 2025                     /s/ Mark W Coleman
                                         Mark W Coleman
                                         Counsel for Defendant
                                         Rosa Francisca Bastias Serra


Dated:  May 20, 2025                     /s/ Alberto E Algaze
                                         Alberto E Algaze
                                         Counsel for Defendant
                                         Camilo Andres Sepulveda Guzman


Dated:  May 20, 2025                     /s/ Victor Manuel Chavez
                                         Victor Manuel Chavez
                                         Counsel for Defendant
                                         Bassil Alejandro Dacosta Frias


Dated:  May 20, 2025                     /s/ Douglas C. Foster
                                         Douglas C. Foster
                                         Counsel for Defendant
                                         Alvaro Adrian Lagos Mieres


Dated:  May 20, 2025                     /s/ Michael G. McKneely
                                         Michael G. McKneely
                                         Counsel for Defendant
                                         Humberto Anibal Jimenez Moreno

1

## **ORDER**

2       IT IS SO ORDERED that the status conference is continued from May 28, 2025, to **August 27,**

3   **2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded

4   pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

5   IT IS SO ORDERED.

6

7   Dated:   **May 20, 2025**                    ___/s/ *Barbara A. McAuliffe*___
                                             UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28